Posted - TC
4/21/14



# USDC-CAND PAY.GOV APPLICATION FOR REFUND

| | |
|---|---|
| Today's Date | 04/21/2014 |
| Account Holder Name | Emily N. Malloy |
| Account Holder Billing Address | 300 North LaSalle |
| Account Holder Billing City | Chicago |
| Account Holder Billing State | IL |
| Account Holder Billing Zip | 60654 |
| Requestor's Telephone Number | 312-862-4543 |
| Requestor's E-mail Address | emily.malloy@kirkland.com |
| Pay.gov Tracking ID (number) | 25F9C9E6 |
| Agency Tracking ID (number) | 0971-8531442 |
| Transaction Date | 04/14/2014 |
| Transaction Time | 6:57:30 PM |
| Transaction Amount (to be refunded) | $400.00 |
| Purpose of Payment/Fee | Complaint Filing Fee |
| Full Case Number (if applicable) | 3:14-cv-01723 |
| Reason for Refund Request | Computer crash; double payment |

- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see: https://ecf.cand.uscourts.gov/cand/faq/paygov.htm

| For U.S. District Court use only. | | |
|---|---|---|
| Refund Request | APPROVED: ✓ | DENIED: |
| Refund Approved By | _[signature]_ | |
| Pay.gov Refund Tracking ID Refunded | 25FDQP6Q | |
| Agency Refund Tracking ID Number | 0971-8531442 | |
| Date Refund Processed | 4/23/14 | |
| Refund Processed By | _[signature]_ | |
| Reason for Denial | | |
| Referred for OSC | | |

1 - refund found on report

[Clear Form]

