| | |
|---|---|
| Russell E. Levine, P.C. (*pro hac vice*) | DURIE TANGRI LLP |
| rlevine@kirkland.com | DARALYN J. DURIE (SBN 169825) |
| Paul D. Collier (*pro hac vice*) | ddurie@durietangri.com |
| pcollier@kirkland.com | CLEMENT S. ROBERTS (SBN 209203) |
| James B. Medek (*pro hac vice*) | croberts@durietangri.com |
| jmedek@kirkland.com | LAURA E. MILLER (SBN 271713) |
| Greg Polins (*pro hac vice*) | lmiller@durietangri.com |
| greg.polins@kirkland.com | ZAC A. COX (SBN 283535) |
| George William Foster (*pro hac vice*) | zcox@durietangri.com |
| billy.foster@kirkland.com | 217 Leidesdorff Street |
| KIRKLAND & ELLIS LLP | San Francisco, CA 94111 |
| 300 North LaSalle Street | Telephone: (415) 362-6666 |
| Chicago, IL 60654 | Facsimile: (415) 236-6300 |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | Attorneys for Defendant |
| | NETFLIX, INC. |

John R. Edwards (S.B.N. 244310)
john.edwards@kirkland.com
Brian W. Lee (S.B.N. 255363)
brian.lee@kirkland.com
Mark D. Fahey (S.B.N. 294551)
mark.fahey@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Attorneys for Plaintiffs OpenTV, Inc. and
Nagra France SAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OPENTV, INC., and NAGRA FRANCE SAS,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NETFLIX, INC.**<br><br>**Defendant.** | Case Nos.:  3:14-cv-01525-RS<br>              3:14-cv-01723-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON NETFLIX'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Honorable Richard Seeborg |

1   Subject to the availability and approval of the Court, the parties hereby stipulate and respectfully
2   request that the July 31, 2014 Case Management Conference be continued to Thursday, October 9, 2014,
3   at 10:00 a.m.; the September 11, 2014 Hearing on Defendant's Motion for Summary Judgment (Dkt.
4   No. 50) ("the Motion") be continued to Thursday, October 9, 2014 at 1:30 p.m.; the deadline to file an
5   opposition to the Motion be extended to Thursday, September 18, 2014; and the deadline to file a reply
6   to the opposition to the Motion be extended to Thursday, September 25, 2014.  The Court has not yet
7   entered a schedule setting any further deadlines for this case.  The parties request this additional time to
8   engage in settlement discussions between the parties' in-house counsel and business executives in an
9   attempt to resolve the parties' disputes without further litigation.  The parties further agree to not initiate
10  any new litigation or other proceedings against the other party until Thursday, October 9, 2014, to not
11  serve any additional discovery requests until Thursday, October 9, 2014, and to extend the deadline to
12  respond to previously served discovery requests to Thursday, October 16, 2014.  The parties therefore
13  respectfully request an order pursuant to this stipulation.

15  Dated: July 30, 2014

17  KIRKLAND & ELLIS LLP                              DURIE TANGRI LLP
18  */s/ John R. Edwards*                              */s/ Laura E. Miller*
19  John R. Edwards (SBN 244310)                       Laura E. Miller (SBN 271713)

23  PURSUANT TO STIPULATION, IT IS SO ORDERED,

26  Dated:
                                                       RICHARD SEEBORG
27                                                     UNITED STATES DISTRICT JUDGE
28

STIPULATED AND [PROPOSED] ORDER            2                          3:14-cv-01525
RESCHEDULING CMC AND HEARING                                          3:14-cv-01723

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:  July 30, 2014                                             /s/ *John R. Edwards*