| | |
|---|---|
| Russell E. Levine, P.C. (*pro hac vice*) | DURIE TANGRI LLP |
| rlevine@kirkland.com | DARALYN J. DURIE (SBN 169825) |
| Paul D. Collier (*pro hac vice*) | ddurie@durietangri.com |
| pcollier@kirkland.com | CLEMENT S. ROBERTS (SBN 209203) |
| James B. Medek (*pro hac vice*) | croberts@durietangri.com |
| jmedek@kirkland.com | LAURA E. MILLER (SBN 271713) |
| Greg Polins (*pro hac vice*) | lmiller@durietangri.com |
| greg.polins@kirkland.com | ZAC A. COX (SBN 283535) |
| George William Foster (*pro hac vice*) | zcox@durietangri.com |
| billy.foster@kirkland.com | 217 Leidesdorff Street |
| KIRKLAND & ELLIS LLP | San Francisco, CA 94111 |
| 300 North LaSalle Street | Telephone: (415) 362-6666 |
| Chicago, IL 60654 | Facsimile: (415) 236-6300 |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | Attorneys for Defendant |
| | NETFLIX, INC. |
| John R. Edwards (S.B.N. 244310) | |
| john.edwards@kirkland.com | |
| Brian W. Lee (S.B.N. 255363) | |
| brian.lee@kirkland.com | |
| Mark D. Fahey (S.B.N. 294551) | |
| mark.fahey@kirkland.com | |
| KIRKLAND & ELLIS LLP | |
| 3330 Hillview Avenue | |
| Palo Alto, CA 94304 | |
| Telephone: (650) 859-7000 | |
| Facsimile: (650) 859-7500 | |

Attorneys for Plaintiffs OpenTV, Inc. and
Nagra France SAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OPENTV, INC.,** | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-01525-RS |
| **NETFLIX, INC.,** | Case No. 3:14-cv-01723-RS |
| Defendant. | **AMENDED STIPULATION AND JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND [PROPOSED] ORDER** |
| **OPENTV, INC. and NAGRA FRANCE SAS,** | Judge: Hon. Richard Seeborg |
| Plaintiffs, | |
| v. | |
| **NETFLIX, INC.,** | |
| Defendant. | |

Plaintiffs OpenTV, Inc. and Nagra France SAS (collectively "OpenTV") and Defendant Netflix, Inc. ("Netflix") hereby stipulate and request that the Court order as follows:

1. All claims between OpenTV and Netflix, including all claims presented by OpenTV's Complaints and all of Netflix's Counterclaims, shall be dismissed without prejudice; and

2. OpenTV and Netflix each shall bear their own costs and attorneys' fees.

Dated: February 11, 2015        */s/ John R. Edwards*
                                Counsel for Plaintiffs

Dated: February 11, 2015        */s/ Laura E. Miller*
                                Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

Richard Seeborg
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

Dated:  February 11, 2015                                         */s/ John R. Edwards*